# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE EIGHTH CIRCUIT

_____

No: 15-6004
_____

In re: Tri-State Financial, LLC, doing business as North Country Ethanol

Debtor

------------------------------

Thomas D. Stalnaker, Trustee

Plaintiff - Appellee

v.

George Allison; Phyllis Cernik; Frank Cernik; Chris Daniel; Amy Daniel; Distefano Family LTD Partnership; Mark E. Ehrhart; Robert G. Griffin; John Hoich; Denise Hoich; Timothy Jackes; James G. Jandrain; George Kramer; Bernie Marquardt

Defendants

Radio Engineering Industries, Inc.

Defendant - Appellant

Joseph Vacanti, Trustee of The Joseph and Cynthia Vacanti Trust

Defendant

Centris Federal Credit Union

Defendant - Appellee

American Interstate Bank

Defendant

------------------------------

Centris Federal Credit Union

Counter-Claim and Cross-Claim Plaintiff - Appellee

v.

Thomas D. Stalnaker

Counter-Claim Defendant - Appellee

------------------------------

George Allison; Frank Cernik; Phyllis Cernik; Chris Daniel; Amy Daniel; Distefano Family LTD Partnership; Mark E. Ehrhart; Robert G. Griffin; John Hoich; Denise Hoich; James G. Jandrain; American Interstate Bank; Timothy Jackes; George Kramer; Bernie Marquardt

Cross-Claim Defendants

Radio Engineering Industries, Inc.

Cross-Claim Defendant - Appellant

Joseph Vacanti, Trustee of The Joseph and Cynthia Vacanti Trust

Cross-Claim Defendant

_____

No:  15-6005

_____

In re: Tri-State Financial, LLC, doing business as North Country Ethanol

Debtor

------------------------------

Thomas D. Stalnaker, Trustee

Plaintiff - Appellee

v.

George Allison; Phyllis Cernik; Frank Cernik; Chris Daniel; Amy Daniel; Distefano Family LTD Partnership; Mark E. Ehrhart; Robert G. Griffin

Defendants

John Hoich; Denise Hoich

Defendants - Appellants

Timothy Jackes; James G. Jandrain; George Kramer; Bernie Marquardt; Radio Engineering Industries, Inc.; Joseph Vacanti, Trustee of The Joseph and Cynthia Vacanti Trust

Defendants

Centris Federal Credit Union

Defendant - Appellee

American Interstate Bank

Defendant

------------------------------

Centris Federal Credit Union

Counter-Claim and Cross-Claim Plaintiff - Appellee

v.

Thomas D. Stalnaker

Counter-Claim Defendant - Appellee

------------------------------

George Allison; Frank Cernik; Phyllis Cernik; Chris Daniel; Amy Daniel; Distefano Family LTD Partnership; Mark E. Ehrhart; Robert G. Griffin

Cross-Claim Defendants

John Hoich; Denise Hoich

Cross-Claim Defendants - Appellants

James G. Jandrain; American Interstate Bank; Timothy Jackes; George Kramer; Bernie Marquardt; Radio Engineering Industries, Inc.; Joseph Vacanti, Trustee of The Joseph and Cynthia Vacanti Trust

Cross-Claim Defendants

_____

Appeals from U.S. Bankruptcy Court for the District of Nebraska - Omaha
(10-08052-SH)
_____

**JUDGMENT**

Pursuant to Local Rule 8001A(a)(3), the above-captioned appeals are transferred to the district court for the District of Nebraska.

January 28, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.
_____
/s/ Michael E. Gans

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 01/28/2015

| | |
|---|---|
| **Case Name:** | Thomas D. Stalnaker, et al v. Radio Engineering Industries |
| **Case Number:** | 15-6004 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** Pursuant to Local Rule 8001(A)(a)(3), the above-captioned appeals are transferred to the district court for the District of Nebraska. ROBERT J. KRESSEL, BARRY S. SCHERMER and CHARLES L. NAIL, JR. [4238805] [15-6004, 15-6005] (Cindy Harrison)

**Notice will be electronically mailed to:**

Mr. Robert J. Becker: r.becker@sbbpc.com
Ms. Patricia Marie Dugan: patricia.dugan@usdoj.gov, ustpregion13.om.ecf@usdoj.gov, jerry.l.jensen@usdoj.gov
Honorable Shon Hastings, U.S. Bankruptcy Judge: shon_hastings@ndb.uscourts.gov, MaryBeth_Hegstad@ndb.uscourts.gov
Mr. Charles Jan Headley: cj@cjheadleylaw.net
Mr. Mark James LaPuzza: mjlbr@pheblaw.com
Mr. Martin P. Pelster: mpelster@crokerlaw.com, eperry@crokerlaw.com
Mr. David J. Skalka: dskalka@crokerlaw.com, jfox@crokerlaw.com, rklein@crokerlaw.com
Mr. John D. Stalnaker: j.stalnaker@sbbpc.com
Mr. Frederick D. Stehlik: fstehlik@grosswelch.com, lallmendinger@grosswelch.com
Mr. Michael J. Whaley: mwhaley@grosswelch.com
Ms. Diane Zech, Clerk of Court: nebml_documents@neb.uscourts.gov, LisaMarie_Smith@neb.uscourts.gov

**Notice will be mailed to:**

Mr. Steven Jerome Olson
BROWN & BROWN
2027 Dodge Street
P.O. Box 40
Omaha, NE 68102-0040

Mr. James P. Waldron
GROSS & WELCH
Suite 1500, Omaha Tower
2120 S. 72nd Street
Omaha, NE 68124-0000

The following document(s) are associated with this transaction:
**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/charrison_156004_4238805_BAP-JudgmentsJudgeDirected_385.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/28/2015] [FileNumber=4238805-0]
[3c6c158362e5da76bde5d8850ffd4ab72988d79e4723c045b6212bdc52d3719b0b83d697c7bf015783fa5f0c374c56b183b72a09b6d108f2da9344cec2b9823a]]
**Recipients:**

- Mr. Robert J. Becker
- Ms. Patricia Marie Dugan
- Honorable Shon Hastings, U.S. Bankruptcy Judge
- Mr. Charles Jan Headley
- Mr. Mark James LaPuzza
- Mr. Steven Jerome Olson
- Mr. Martin P. Pelster
- Mr. David J. Skalka
- Mr. John D. Stalnaker
- Mr. Frederick D. Stehlik
- Mr. James P. Waldron
- Mr. Michael J. Whaley
- Ms. Diane Zech, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4238805
**RELIEF(S) DOCKETED:**
  case transferred to
**DOCKET PART(S) ADDED:** 5239761, 5239763, 5239766, 5239765

**End of original NDA**

**BCC Email Recipient(s)**

| | |
|---|---|
| Honorable Robert J. Kressel, U.S. Bankruptcy Judge | Robert_Kressel@mnb.uscourts.gov |
| Honorable Charles L. Nail, Jr., U.S. Bankruptcy Judge | Chuck_Nail@sdb.uscourts.gov |
| Honorable Barry S. Schermer, U.S. Bankruptcy Judge | Barry_Schermer@ca8.uscourts.gov, SchermerOrders@moeb.uscourts.gov, emily_cohen@moeb.uscourts.gov |